APPEAL No. 76-52. RHODE ISLAND HOSPITAL TRUST NATIONAL BANK, *Trustee u/w of Laura Sims v.* RICHARD J. ISRAEL, *Attorney General et al.* The petition for reargument is denied.

The motion of Children's Friend and Service for counsel fees and sanctions is denied.

Mr. Justice Kelleher did not participate. *Robert B. Gates*, for plaintiff. *Julius C. Michaelson*, Attorney General, *Adolph N. Anderson, Jr., Charles H. Drummey* (for R.I. Lung Association), *Charles J. McGovern, John G. Coffey, Jr.*, (for Children's Friend and Service).

